IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION | ) |
| | ) |
| v. | ) NO. 3:05-0613 |
| | ) JUDGE CAMPBELL |
| NATIONAL TESTING SERVICES, | ) |
| LLC, et al. | ) |

ORDER

Pending before the Court are Plaintiff's Motion for Preliminary Injunction (Docket No. 8), Defendants' Motion to Dismiss (Docket No. 34), Defendant Asberry's Motion for Approval to Pay Retainer and for Approval of Fee Agreement (Docket No. 39), and Defendant Exam Preparations, LLC's Motion for Approval to Pay Retainer and for Approval of Fee Agreement (Docket No. 41).

For the reasons stated in the accompanying Memorandum, Plaintiff's Motion for Preliminary Injunction (Docket No. 8) is GRANTED, and the terms of the Temporary Restraining Order (Docket No. 19, attached hereto) shall remain in effect until trial or further Order of the Court.

For the reasons stated in the accompanying Memorandum, Defendants' Motion to Dismiss (Docket No. 34) is DENIED; Defendant Asberry's Motion for Approval to Pay Retainer and for Approval of Fee Agreement (Docket No. 39) is GRANTED in part and DENIED in part; and Defendant Exam Preparations, LLC's Motion for Approval to Pay Retainer and for Approval of Fee Agreement (Docket No. 41) is GRANTED in part and DENIED in part.

This case is referred to the Magistrate Judge for customized case management.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE